No. 82–1498. REICH v. LARSON, COUNTY CLERK OF THE COUNTY OF FRESNO, ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1500. COLOKATHIS v. WENTWORTH-DOUGLASS HOSPITAL ET AL. C. A. 1st Cir. Certiorari denied.

No. 82–1502. CRUMPLER v. MISSISSIPPI STATE HIGHWAY COMMISSION. Sup. Ct. Miss. Certiorari denied.

No. 82–1518. LEWIS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 82–1519. ANDREWS v. LAWSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–1522. TYLER v. HARTFORD FIRE INSURANCE CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 82–1534. NEUFELD v. BAMBROUGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–1537. VINCE v. DEJOHN. Ct. App. La., 1st Cir. Certiorari denied.

No. 82–1544. FIRST COLONIAL CORPORATION OF AMERICA v. AMERICAN BENEFIT LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 82–1546. BUTLER v. PEABODY INSTITUTE OF THE CITY OF BALTIMORE. Ct. Sp. App. Md. Certiorari denied.

No. 82–1560. DIROSE v. PK MANAGEMENT CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–1563. HALLEY v. CONSOLIDATED RAIL CORPORATION. C. A. 2d Cir. Certiorari denied.